FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 30 P 3: 18

AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRIC OF MARYLAND

| | | |
|---|---|---|
| TERRE B. MORRISON, et ux | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. MJG-01-2700 |
| SULZER SPINETECH, INC, et al | * | |
| Defendants | * | |

\* \* \*

### ORDER

The Court having before it the Consent Motion to Dismiss Counts III and IV of the Plaintiff's Amended Complaint and for reason therein, it is this 29th day of January, 2002, hereby:

ORDERED that Counts III and IV of the plaintiff's Amended Complaint are hereby dismissed.

Marvin J. Garbis
United States District Judge