IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

GARY L. MORRISON and
TERRE B. MORRISON,

  Plaintiffs

v.

SULZER SPINE-TECH, INC., ET AL.

  Defendants

Civil Case No. MJG-01-CV2700

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED SCHEDULING ORDER

The following schedule shall be applicable to further proceedings in this case:

| | |
|---|---|
| June 5, 2002 | Defendants are to supplement their Rule 26(a) information regarding their expert witness(es) |
| June 28, 2002 | All discovery completed and status report due |
| July 5, 2002 | Request for admissions to be served |
| July 31, 2002 | Dispositive pretrial motions due |

_____ 5/6/02
Judge Marvin J. Garbis

cc: Thomas J.S. Waxter, III
   Goodell, DeVries, Leech & Dann, LLP
   One South Street, 20th Floor
   Baltimore, Maryland 21202

   John P. Zanelotti, Esquire
   381 Main Street
   Laurel, MD 20707-4132

393617