IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY L. MORRISON, et ux.         *

          Plaintiffs             *

vs.                              *   CIVIL ACTION NO. MJG-01-2700

SULZER SPINE-TECH, INC., et al.  *

          Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### SUPPLEMENT TO MEMORANDUM AND ORDER

It appears that the original letter of May 3, 2002 from Plaintiffs' counsel (with enclosed original highlighted copies of Dr. Rosemblatt's letters) arrived in Chambers on May 23, 2002.[1] From the original of Dr. Rosemblatt's letter of February 7, 2002, it can be seen that, in addition to the statements quoted in the Memorandum and Order issued May 20, 2002, the following statement was highlighted:

> When it cames [sic] to medical certainty in the use of a new and unproven procedure only consistent adherence to protocol could give a reliable indicator of its efficacy or in its defect of the need to change, or a different protocol could be established. However, if this is done the patient needs to be informed about the new variable and the impact of this variable in the potential post-op outcame [sic].

---

[1] The late arrival appears to be due to a three week delay in the mails.

To the extent that the foregoing statement has substantive content, it does not change the conclusions reached in the Memorandum and Order of May 20, 2002.

Accordingly, the said Memorandum and Order is hereby reconfirmed.

SO ORDERED this 29th day of May, 2002.

_____
Marvin J. Garbis
United States District Judge