IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GARY L. MORRISON, et ux.         *

        Plaintiffs         *

    vs.                              *   CIVIL ACTION NO. MJG-01-2700

SULZER SPINE-TECH, INC., et al.  *

        Defendants         *

\*    \*    \*    \*    \*    \*    \*    \*    \*

### JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendants.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Sulzer Spine-Tech, Inc. and Sulzer Spine-Tech Surgical, Inc. Against Plaintiffs Gary L. Morrison and Terre. B. Morrison dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 6th day of August, 2002.

                                  _____
                                  Marvin J. Garbis
                         United States District Judge